| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

LIBERTY INDEPENDENT  §
SCHOOL DISTRICT,  §
　　　　　　　　　　　§
　　　　Plaintiff,　　　§
　　　　　　　　　　　§
*versus*　　　　　　　§　CIVIL ACTION NO. 1:10-CV-675
　　　　　　　　　　　§
USI SOUTHWEST, INC., *et al.*,  §
　　　　　　　　　　　§
　　　　Defendants.　　§

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on October 26, 2010.[1] The court has received and considered the report of the United States magistrate judge, who recommends that the court grant Defendant EFI Global, Inc. and Richard T. Frantz's "Motion to Dismiss" (Docket No. 51). No objections to the report and recommendation have been filed. The court's independent review confirms that the magistrate judge's analysis is correct.

The report and recommendation of the magistrate judge is **ADOPTED**, and Defendant EFI Global, Inc. and Richard T. Frantz's "Motion to Dismiss" (Docket No. 28) is **GRANTED**.

SIGNED at Beaumont, Texas, this 22nd day of August, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] On August 4, 2011, this case was reassigned to United States Magistrate Judge Zack Hawthorn.